IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| IN RE: | ) |
| RICHARD L. MORGAN and | ) BANKRUPTCY |
| NILA C. MORGAN, | ) No. 09-73821 |
|     Debtors. | ) |

### TRUSTEE'S NOTICE OF INTENT TO ABANDON

MARIANN POGGE, Trustee in the above-entitled cause, hereby gives notice of intent to abandon the following property:

Real estate at 1508 Mary Elizabeth, Taylorville, Illinois, 2006 Dodge Caravan, and 1998 GMC 1500 Sierra.

Your rights may be affected. If you do not have any attorney, you may wish to consult one. If you object to the abandonment of the property described above, you must file your written objection with the Clerk of the U.S. Bankruptcy Court at 226 U.S. Courthouse, 600 East Monroe, Springfield, IL 62701 on or before June 2, 2010. You must also serve a copy of your written objection on all interested parties and file a proof of service with the Clerk of the Court.

If no objections are filed by the objections deadline, the above described property will be deemed abandoned.

Date: May 10, 2010

                                                 /s/ Mariann Pogge
                                               Trustee
                                               3300 Hedley Road
                                               Springfield, Illinois 62711
                                               (217) 793-7412

Go to www.ilcb.uscourts.gov for information regarding this court's mandatory electronic filing policy.